## SEAY *vs.* SEAY.

### 1872.

PRACTICE—ORDER PRO CONFESSO, BEFORE WHOM TAKEN.—Orders *pro confesso* appertain to the duties of the clerk, and should be made at the Rules, and not in court.

THE complainant's solicitor moved the court to allow him to take the bill for confessed against some of the defendants, who had failed to defend within the time prescribed by law. The Chancellor said that orders for taking bills *pro confesso* properly appertain to the duties and functions of the clerk and master, and not of the chancellor, and should be made at the Rules and not in court. *Lanum* v. *Steel,* 10 Hum.

280. If the Chancellor undertake to make such orders, he must conform to the rules prescribed for the government of the master. He must examine the process to see whether it had been duly served and in proper time. The clerk had already made such an examination in making the proper entries in the rules. Parties must take the *pro confesso* before him.